IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANNIE PETERS                                                                                          PLAINTIFF

VS.                                                                                           No. 1:05CV85-D-D

STATE FARM MUTUAL AUTOMOBILE
 INSURANCE COMPANY                                                                          DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   the Defendant's motion for summary judgment (docket entry 22) is GRANTED; and

(2)   this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 17th day of January 2006.

/s/ Glen. H. Davidson
Chief Judge